UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ceriis St Maarten_

Write the full name of each plaintiff.

**18CV3649**

(Include case number if one has been assigned)

-against-

_Internal Revenue Service DisClosure Office c/o_
_Laura McIntyre_
_Department of the Treasury_
_Inspector General for Tax_
_Administration J Russell George_
_c/o Casey Bates_

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Freedom of Information Act_
_5 USC Sec. 552_

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, *J Russell George  Inspector General for Tax*, is a citizen of the State of
(Defendant's name)  *c/o Casey Bates  Administration*

*New York*

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, *Department of the Treasury*, is incorporated under the laws of

the State of _____*Washington D.C.*_____

and has its principal place of business in the State of _____*Washington DC*_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____*Washington DC*_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Cerlis*                                    *St Maarten*

First Name          Middle Initial     Last Name

*109 07   153 Street*

Street Address

*Jamaica*                *NY*              *11433*

County, City                State          Zip Code

*917 2886997*              *tavannez72@yahoo.com*

Telephone Number          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  J Russell                  George        C/o Casey Bates
             First Name                  Last Name

             Inspector General for Tax Administration
             Current Job Title (or other identifying information)

             City Center Building 1401 H Street NW Suite 469
             Current Work Address (or other address where defendant may be served)

             Washington DC                              20005
             County, City                State          Zip Code

Defendant 2:  Laura                     McIntyre
             First Name                  Last Name

             FOIA Public Liaison for Internal Revenue Service
             Current Job Title (or other identifying information)

             1999 Broadway MS 7000
             Current Work Address (or other address where defendant may be served)

             Denver               CO          80202
             County, City                State          Zip Code

Defendant 3:  _____
             First Name                  Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City                State          Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    New York City

Date(s) of occurrence:    November 18, 2017

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I sent another Freedom of Information Request to the IRS and the Treasury Department asking them for the 23c Assessment. They continued to glamorize me with other insignificant information side stepping the issue with RACS data or Not responding at all. They have failed to satisfy my FOIA in a proper way. See FOIA Complaint attached "Exhibit B"

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The injury was purely emotional and traumatic.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I order the minimum amount which is $75,000 plus punitive damages giving a total of $225,000.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 4/24/2018 | Denus St Maarten |
| Dated | Plaintiff's Signature |
| Cerus | St Maarten |
| First Name          Middle Initial | Last Name |
| 109 07 153 St | |
| Street Address | |
| Jamaica | NY         11433 |
| County, City | State         Zip Code |
| 917 288 6997 | faranove72@yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# United States District Court
## Southern District of New York

"Exhibit B"

Ceriis St Maarten                    )
Plaintiff                            )
                                     )        Civil Action No. _____
        v. Internal Revenue Service  )
Disclosure Office 10 Laura A McIntyre )        Freedom of Information Act
DEPARTMENT OF THE TREASURY
INSPECTOR GENERAL  FOR TAX
ADMINISTRATION  J  RUSSELL GEORGE
care of Casey Bates                           **Complaint**

## COMPLAINT FOR DECLARATORY AND
## INJUNCTIVE RELIEF

1.  This is a civil action under the Freedom of Information Act (FOIA), 5 U.S.C. 552, as amended, to order production of documents for inspection and copying.

2.  This Court has jurisdiction over this action pursuant to 5 U.S.C. 552 (a) (4) (B),*1, 28 U.S.C. 1331, **2, and 28 U.S.C. 1361, ***3.

3.  Plaintiff lives in Jamaica, Queens County, New York   located in this district.

4.  Defendants Department of the Treasury Inspector General for Tax Administration – J Russell George *c/o Casey Bates*  is an agency of  the United States government and is in possession of the requested documents.

5.  By letter dated _____ the FOIA that I  sent was _11/17/2017_ Ex A_, and received on _____01/10/2018___ see envelope__, as verified by the response letter from TIGTA of Feb 27 2018.   Plaintiff requested certain documents in the possession of the defendant agency.
(See notary presentment signed November 17th 2017) .

6.  The Plaintiff has not to date received a proper answer which would include the exact 23C Assessment signed by an authorized Secretary -to this FOIA request.

#7.  Plaintiff has exhausted her administrative remedy, pursuant to 5 U.S. C. 552 (a) (6) (C ) (1) (I) since no proper answer whatsoever has been received from the *Treasury Department Inspector General- c/o Casey Bates, J Russell George ,Commissioner John Koskinen,David J Kautter or Anita Gamble aka Anita Groomes, Mary Ann Acone. DW Pickett or Natalie Cassadine* and *IRS Disclosure Officer Laura McIntyre*

#8.  *Treasury Department Inspector General- c/o Casey Bates, Carroll Field for Amy P Jones , J Russell George ,Commissioner John Koskinen,David J Kautter or Anita Gamble aka Anita Groomes, Mary Ann Acone. DW Pickett or Natalie Cassadine*

, has possession of the requested documents of Plaintiff's lawful FOIA request.

9.  Defendants *the names and agencies I requested from-* the *Treasury Department Inspector General- c/o Casey Bates, J Russell George ,Commissioner John Koskinen,David J Kautter or Anita Gamble aka Anita Groomes, Mary Ann Acone. DW Pickett or Natalie Cassadine* and *IRS Disclosure Officer Laura McIntyre*

, has acted in a wrongful, willful, and intentional manner in its failure to even respond properly  to this request, or to release these documents as required by 5 U.S. C. 552, as amended.

10.  Plaintiff has a statutory right to the documents that she seeks, and there is no legal basis for the defendant's refusal to disclose the properly executed 23C. *as well as other requested documents.*


WHEREFORE,  Plaintiff __Ceriis St Maarten_____ prays that this Honorable Court:

(1)  Declare that defendant's refusal to produce the documents requested by the plaintiff to be unlawful;

(2)  Order defendant to produce the documents requested;

(3)  Grant such other and further relief as this Honorable Court deems necessary.

(4)  Damages of _____$75,000 X 3 = $225,000


Respectfully submitted,

Pursuant to 28 U.S. C. 1746, I _____ do certify, under penalty

of perjury, the foregoing statements are true and correct.

Date _April 24, 2018_

Ceriis St Maarten
10907 153 Street
Jamaica, New York 11433
Telephone Number _917 288 6997_____

## VERIFICATION OF TRUTH

I, _Ceriis St Maarten_, hereby verify that the statements of fact and averments contained in this instrument are true and correct, materially complete and not misleading to the best of my knowledge, information and belief. I consent to the penalty for perjury if this document contains any knowingly false statements or allegations, pursuant to my sincerely held religious beliefs and spiritual training and as expressed in the Ninth Commandment. (Exodus 20:16)

Dated the _24th_ day of the _April_____ month in the year of our Lord: Two thousand and ~~seventeen~~ (_eighteen_____, AD 2018) in _____, ~~Iowa~~. _New York_

Signed:_____
Ceriis St Maarten, Affiant
10907 153 St
Jamaica, New York , 11433
Phone:_____917 288 6997_____

## JURAT

Ss: Sworn to and subscribed before me by the above-named party, known or shown to be the party named, as true, correct, and not misleading, on this _24th_ day of _April   2018_____, AD 2018.

_____        SEAL
Notary:

ELENA ELIZABETH
Notary Public, State of New York
No. 01IL6253507
Qualified in Queens County
Commission Expires Dec. 19, 2019



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**

ƐXA

**PRIVACY, GOVERNMENTAL**
**LIAISON AND DISCLOSURE**

February 5, 2018

Ceriis St Maarten
109-07 153rd St
Jamaica, NY 11433

Dear Ceriis St Maarten:

I am responding to your Freedom of Information Act (FOIA) request dated November 17, 2017 that we received on December 5, 2017.

You asked for a copy of the valid, procedurally proper executed Form 23C, Revenue Accounting Control System (RACS) 006 reports along with supporting documents concerning you for the tax year 2014 via items 1, 2, and 3 of your request.

I am enclosing the RACS 006 report for tax year 2014 consisting of 25 pages. Please note that the RACS 006 report is a summary record of assessment that does not identify specific taxpayers by name. The report is an aggregate of taxes, interest, and penalties assessed on a given business day.

I am also enclosing an account transcript pertaining to you for tax year 2014 consisting of 5 pages. The transcript shows the same assessment dates as the RACS 006 and reflects information from your account which was captured, in aggregate form, in the RACS 006 report. This transcript meets all statutory requirements of Internal Revenue Code Section 6203 and applicable regulations.

You asked for copies of Form 17 or 17A, Notice of Assessment and Demand" and Form 21 Second Notice of Assessment and Demand concerning you for tax 2014 via items 4 and 5 of your request.

Notice of Assessment and Demand (Notice and Demand for Payment) which is issued pursuant to IRC 6303 is a computer-generated document.  The Service does not maintain a copy of this notice.  The enclosed transcript of account, reflects the issuance of these notices to you, to the extent any were issued.

You asked for a copies of Forms 668(Y)(c) Lien, 668W(c) Levy and 668(A)(c) Levy on wages concerning you for the tax years listed above via item 6 of your request.

Tax Forms 668(A) and 668668(A)(c) are computer-generated documents.  The Service does not maintain a copy of this notice.  The enclosed transcript of account, reflects the issuance of these notices to you, to the extent any were issued.

You asked for copies of Form 2644 Recommendation for Jeopardy or Termination Assessment or successor, Form 2859, Request for Quick or Prompt Assessment or successor, Form 3210 transmittal in conjunction with Fax Quick Assessment, Form 3552 Prompt Assessment Billing Assembly, Lawful Jeopardy Assessments, Termination Assessments, Quick Assessments and Prompt Assessments concerning you for the tax year 2014, via items 7, 8, 10, 13 and 19 – 22 of your request

It appears that the documents most responsive to this portion of your request, to the extent they exist, would be found in the collection administrative file, which has been provided.

Of the 69 pages located in response to your request, I am enclosing 69 pages.

You asked for a copy of Form 4340, pertaining to you for tax year 2014, via item 14 of your request. I am enclosing a copy of the requested records consisting of 8 pages.

You asked copies of Form 3198, Form 4549 or 4549A, Form 5564 Notice of Deficiency waiver, all lawful deficiency assessments, all lawful, procedurally proper assessments with supporting documents for each non-tax penalty items and all lawful, procedurally proper assessments with supporting documents for each non-tax penalty interest pertaining to you for the tax year 2014, via items 9, 15, 16 and 23 – 25 of your request.

I reviewed your account and found no copies of Form 3198, Form 4549 or 4549A, Form 5564 Notice of Deficiency waiver pertaining to you for tax year 2014.  Therefore, we have no records responsive to this portion of your request.

You asked for copies of IMF assessment provided to the ESP by the service center, concerning you for tax year 2014, via item 11 of your request.

I read your letter carefully and I cannot determine what document, if any, would be responsive to your request. Therefore, I am unable to perform a search.

You asked for NMF assessment provided to the ESP by the Service pertaining to you for the tax year 2014, via items 12 and 17 of your request.

I found no NMF assessment pertaining to you for the tax years listed above.   Therefore, we have no records responsive to this portion of your request.

You asked for F 8166 Revenue Accounting Control System Input Reconciliation Sheet pertaining to you for the tax year 2014, via item 18 of your request.

I found no F 8166 Revenue Accounting Control System Input Reconciliation pertaining to you for the tax year 2014. Therefore, we have no records responsive to this portion of your request.

I have enclosed Notice 393 explaining your appeal rights.

You asked for copies of Individual Master file (IMF) Transcripts Specific, Individual Master file (IMF) Transcripts Complete and the "OFFICIAL INTERNAL REVENUE SERVICE NON MASTERFILE TRANSCRIPT" concerning you for tax year 2014, via items 1, 2 and 3 on page 4 of your request.

Treasury Regulation 26 CFR 601.702(d) provides that requests for records processed in accordance with routine agency procedures are specifically excluded from the processing requirements of the FOIA.

As a result, Disclosure offices will no longer process requests for transcripts under the FOIA. Your request is not being processed.

You need to resubmit your request using the enclosed procedures for obtaining the information you need.

We apologize for any inconvenience this may cause you.

You asked for copies of all documents contained in the Business Master File (BMF) specific and not literal associated with an EIN 07-9845298 for tax year 2014, via item 4 on page 4 of your request.

I am sorry, but I am unable to process this portion of your request due to lack of a proper authorization. We must receive EIN 07-9845298's written consent before we can consider releasing the information you requested. The consent must be a separate written document pertaining solely to the authorized disclosure. It must include the following:

- Name, address, and employer identification number

- Type of return or return information to be disclosed

- Taxable period or year covered

- Identity of the person to whom the disclosure is to be made

- Signature of the taxpayer and date signed

For your convenience, I have enclosed Form 8821, Tax Information Authorization. When properly completed, this form satisfies all requirements for a valid consent. The IRS must receive the consent within 120 days of the signature date.

accordance with routine agency procedures are specifically excluded from the processing requirements of the FOIA.

You may contact me, the FOIA Public Liaison, to discuss your request at:

Internal Revenue Service
Disclosure Office 10
FOIA Public Liaison Laura A. McIntyre
1999 Broadway MS 7000
Denver, CO 80202
(303) 603-4734

 The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS.  There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

If you have any questions please call Disclosure Specialist Ocie G Baker ID # 1000226542, at 206-946-3530 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F18340-0008.

Sincerely,

Laura A McIntyre
Disclosure Manager
Disclosure Office 10

Enclosures (2)
  Responsive records
  Notice 393
  Procedures 1st Party Requesters
  Form 8821



U.S. POSTAGE
PAID
JAMAICA, NY
11436
JAN 5, 18
AMOUNT
$2.03
R2306K13705-48
20005
1000

U.S. POSTAGE
PAID
JAMAICA, NY
11436
JAN 5, 18
AMOUNT
$6.10
R2306K13705-48
20005
1000

CERTIFIED MAIL

7017 0190 0000 9283 3271

enis Straaarten
0907 153rd St.
amaica, NY 11433

United States Dpt of Treasury
Casey Bako

Treasury Inspector General
for Tax Administration
City Center Building
1401 H Street NW
Suite 469
Washington DC 20005

RECEIVED
JAN 1 0 2018

RECEIVED
Treasury Inspector General
for Tax Administration
JAN 1 0 2018
Office of Chief Counsel

# FREEDOM OF INFORMATION REQUEST

EX A

**CERTIFIED MAIL NUMBER:** _____
**RETURN RECEIPT REQUESTED**

Ceriis St Maarten
109-07 153 Street
Jamaica, New York 11433

> **RECEIVED**
> Treasury Inspector General
> for Tax Administration
>
> JAN 1 0 2018
>
> Office of Chief Counsel

*Dear Inspector,*
*As you can see this was*
*sent way back in November 2017*
*but still NO Response*

*Where are the 23C*

IRS
Assessment
Supervisor
1973 N Rulon White Blvd.
Ogden, Utah 84201

RE:  Freedom of Information Act Request

Dear Dear Sirs,:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, the Privacy Act 5 U.S.C. §552 a and New York Freedom Of Information Law Ny Pub Off Law Sec 84 Et Seq, I am requesting, by way of this letter, an opportunity to either inspect or receive copies of A signed copy of the 2014 Tax assessment steming from this Jeopardy Levy.. Please mail the information to the aforementioned address.

In the event that a fee shall be incurred for either searching or the copying of these documents or records, please inform me of the cost. However, if the cost exceeds $0.00, I would also like to request a waiver of all fees as the disclosure of the requested information is for my own personal use and knowledge and/or in the public interest and will contribute significantly to the awareness and/or understanding of the information contained within the aforementioned document(s) and/or files. This information is not being requested or sought after for any commercial purposes.

This information should not be subject to any exemptions of the Freedom of Information Act (FOIA), and access to the requested document(s) should be granted within twenty (20) working days.

I also request that if you determine that any part of the information requested is exempt from the FOIA this information be identified by document. I request that you provide the statutory basis for your claim and your reasons for not exercising your discretion to release this information. FOIA also provides that if any portions of the file are exempt from release, the remainder of the file must be released. Therefore, I request that I be provided with any and all non-exempt portions that can reasonably be segregated.

In the event that you are unable to provide the information requested, please let me know so that further arrangements or appeals can be made.

Thank you for your time and cooperation in this matter.

# REQUEST FOR ASSESSMENT DOCUMENTS

1. A copy of the valid, procedurally proper, executed Form 23C (manual) Assessment Certificate and supporting documentation for the <u>principal for each class of tax assessed</u> as required by 26 USC §6203, and 26 C.F.R. §301.6203-1 which pertain to the Assessment above, and Assessment documents created per paragraph [1.3] 13.3.7 08/19/98 of the Internal Revenue Manual, Handbook 1.3 -- Disclosure of Official Information will not be accepted.

2. A copy of documents and information of all evidence supporting the record of assessment and supporting documentation for the <u>interest for each class of tax assessed</u> as required by 26 U.S.C. §6203, and 26 C.F.R. § 301.6203-1 which pertain to the Assessment above. Assessment documents created per paragraph [1.3] 13.3.7 08/19/98 of Internal Revenue Manual, Handbook 1.3 -- Disclosure of Official Information. [1.3] 13.3.7 08/19/98.

3. A copy of documents and information of all evidence supporting the record of assessment and supporting documentation for the <u>penalty for each class of tax assessed</u> as required by 26 U.S.C. §6203, and 26 C.F.R. § 301.6203-1 which pertain to the Assessment above. Assessment documents created per paragraph [1.3] 13.3.7 08/19/98 of the Internal Revenue Manual, Handbook [1.3] -- Disclosure of Official Information.

4. A copy of **IRS Form 17 or 17A "Notice of Assessment and Demand"**.

5. A copy of **IRS Form 21 "Second Notice of Assessment and Demand"**.

6. A copy of **IRS Form 668(Y)(c), or 668W(c) or 668(A)(c)** executed under penalty of perjury.

7. A copy of **IRS Form 2644 "Recommendation for Jeopardy or Termination Assessment"** (or its successor) issued against the Requester clearly listing the Document Locator Number (DLN) and Form 23C Certificate of Assessment data.

8. A copy of **IRS Form 2859 "Request for Quick or Prompt Assessment"** (or its successor).

9. A copy of **IRS Form 3198** regarding requester prepared by the agent.

10. A copy of the **IRS Form 3210 "Document Transmittal"** (or its successor) in conjunction with "Tax Quick Assessment" procedure sent to the Accounting Branch in the Computer Services and Accounting Division.

11. A copy of the **Master File (MF) assessment** provided to the ESP by the service center.

12. A copy of the **Non-Master File (NMF) assessment** provided to the ESP by the service center.

13. A copy of **IRS Form 4340 "Certificates of Assessments and Payments"**.

14. A copy of **IRS Form 4549 or 4549A "Income Tax Examination Changes"** (or its successor) containing the portion of the Tax Computation and copy of narrative sent to the service center Accounting Branch, Accounting and Control System, Journal and Ledger Unit.

15. A copy of the **IRS Form 5564 "Notice of Deficiency-Waiver"** clearly indicating the class of tax from a specific taxable source (activity, event or commodity) upon which an excise tax can be measured to create a tax liability for a procedurally lawful, enforceable assessment.

16. If a Non-master file assessment was provided, then a copy of **Form 6335 "Statement of Tax Due To the Internal Revenue Service"** (or its successor).

17. A copy of **IRS Form 8166 "Revenue Accounting Control System Input Reconciliation Sheet".**

18. A copy of any and all lawful **Jeopardy Assessments.**

19. A copy of any and all lawful **Termination Assessments.**

20. A copy of any and all lawful **Quick Assessments.**

21. A copy of any and all lawful **Prompt Assessments.**

22. A copy of any and all lawful **deficiency assessments.**

23. A copy of any and all lawful, procedurally proper assessments with supporting documents for each **non-tax penalty items,** such things as frivolous filing, etc.

24. A copy of any and all lawful, procedurally proper assessments with supporting documents for each **non-tax penalty interest.**

**I hereby dispute the "undescribed" Balance Due of 401,457.82. I do not owe a Balance Due of 401,457.82 to the United States Treasury.**

Your *"Notice Of Tax Due On Federal Tax Return"* provides that the account above is charged a penalty under section 6662 of the internal revenue code for the following reason: Accuracy-Related penalty on Underpayments. The penalty is 20% of the portion of underpayments due to:

A) Negligence or disregard of rules or regulation,

B) A substantial understatement of income tax,

C) A substantial valuation misstatement,

D) A substantial overstatement of Pension liabilities,

F) A substantial estate or gift tax valuation understatement.

| Form 668-A(ICS) | Department of the Treasury—Internal Revenue Service |
| --- | --- |
| (January 2015) | **Notice of Levy** |

DATE: 04/20/2016

REPLY TO: **Internal Revenue Service**
**A. GAMBLE**
**290 BROADWAY—FOLEY SQUARE**
**6TH FLOOR—GROUP 27**
**NEW YORK CITY NY 10007**

TELEPHONE NUMBER
OF IRS OFFICE: **(212)436-1153**

NAME AND ADDRESS OF TAXPAYER:
**Cerus St Maarten**
**10907 153rd Street**
**Jamaica Queens NY 11432-3143**

TO: JP Morgan Chase Bank
P.O Box 183164
Columbus Ohio 43218-3164
Levy Dept

IDENTIFYING NUMBER(S): 114-52-32CS

**Stma**

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
| --- | --- | --- | --- | --- |
| 1040 | 12/31/2014 | $246,782.00 | $49,356.40 | $296,138.40 |

| | Total Amount Due | $296,138.40 |
| --- | --- | --- |

This levy won't attach funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other Retirement Plans in your possession or control unless it is signed in the block to the right —————→

We figured the interest and late payment penalty to **04/12/2016**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
| --- | --- |
| **Mary Ann Acone**    D W Pickett | **Territory Manager** |

| Part 1 —   For Addressee | Catalog No. 15704T    www.irs.gov | Form 668-A(ICS) (1-2015) |

*Certificate of Mailing*

~~Registered Mail No.~~

STATE OF NEW YORK }                    NOTARY CERTIFICATE OF SERVICE

COUNTY OF QUEENS }

Be it known that I Lionel Lewis, a duly empowered Notary Public, in and for the STATE OF NEW YORK , COUNTY OF QUEENS, a third party and not a party to the matter for the sole purpose of certifying a response or want thereof at the request of CERIIS ST MAARTEN through its Attorney in Fact did present on this day, the following documents to wit:

*Department of Treasury*
*Internal ...*
*197 ... Rd.*
*Ogden UT 84201*
*Attn: Director/Officer*

*1 Freedom of Information Request ...*
*... Return Copy of this Notary Certificate of Service*

I hereby certify that after reviewing the documents, I placed said documents with the US Postal

~~Service, Registered or Certified Mail #~~ _____

addressed to

by
I have hereunto set my hand and seal of office on this *November* ___ day of 20 1 7

LIONEL LEWIS
Notary Public, State of New York
No. 01LE5041186
Qualified in Queens County
Commission Expires March 27, 20__

SOCIAL SECURITY ADMINISTRATION

Date: March 30, 2018
Claim Number: XXX-XX-9206A
              XXX-XX-9206DI

CERIIS ST MAARTEN
10907 153RD ST
JAMAICA NY 11433-3143

SSA DISTRICT OFFICE

MAR 30 2018

DO120
JAMAICA, NY 11432

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2017, the full monthly
    Social Security benefit before any deductions is......$ 1116.90

      We deduct $134.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 982.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For
    example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

    The date of birth shown on our records is May 5, 1958.

Medicare Information

    You are entitled to hospital insurance under Medicare beginning August 2001.

    You are entitled to medical insurance under Medicare beginning August 2001.

Type of Social Security Benefit Information

    You are entitled to monthly disability benefits.